UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDREY ALFONSO BAILEY STEPHENSON § | | CIVIL ACTION NO 2:12-cv-1998 |
| EDILBERTO ORTEGA RODRIGUEZ, and § | | |
| ADELSIO TRINIDAD VALENCIA GAMBOA § | | SECTION |
| § | | |
| VERSUS § | | |
| § | | JUDGEa |
| DREDGE OPERATORS, INC. § | | |
| § | | MAGISTRATE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMPLAINT FOR DAMAGES UNDER THE JONES ACT
AND GENERAL MARITIME LAW**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, persons of majority and with respect represent.

1.

Defendant is Dredge Operators, Inc., a corporation qualified to do and doing business in the State and judicial district at all times.

2.

On or about September 9, 2009, Defendants, Dredge Operators, Inc., owned, operated and controlled the STYVESENT, a vessel in navigation, employed Andrey Alfonso Bailey Stephen, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, as seamen on said vessel.

3.

On or about August 31 through September 9, 2009, while the STYVESENT was in navigation, Plaintiffs were working in the course and scope of their employment for defendant as a seaman, and were contributing to the mission of the vessel, and they sustained severe, painful, permanent, and disabling injuries to their lungs and other parts of their body, further they sustained a series of toxic insults to their brains caused by the negligence and/or fault of Defendant, including the unseaworthiness of the STYVESENT, and as a result of their defective and unsafe job assignment and defective method of work, they were caused to be occupationally injured by inhaling toxic chemicals and dust.

4.

By reason of the foregoing, Plaintiffs have suffered past and future physical and mental pain and suffering, permanent physical scarring and disability, and loss of wage earning capacity for which Plaintiffs seek and are entitled to recover from Defendant, compensatory damages in the amount of THREE MILLION EIGHT HUNDRED FIFTY THOUSAND DOLLARS AND NO/100 ($3,850,000.00) DOLLARS, plus found and fringe benefits, for each Plaintiff.

5.

Plaintiffs bring this cause of action against the aforesaid Defendant pursuant to the Jones Act, 46 U.S.C. §30104, et seq.

## AND FOR A SECOND CAUSE OF ACTION

6.

Plaintiffs, Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, re-aver and re-allege each and every allegation of fact and law contained herein as if re-pled in their entirety.

7.

As a result of the shipboard injuries described herein which manifested themselves while Plaintiffs, Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, were in the service of the STYVESENT, Plaintiffs have sought reasonable and necessary medical treatment, and are entitled to maintenance at a rate of $25 per day.

8.

The Defendant is aware of Plaintiffs' need for medical care for the injury caused by and manifested while Plaintiffs, Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, were in the service of its vessel, which treatment Plaintiffs continue to need, want, and intend to undergo and have also requested that Defendant authorize and pay for their prescribed medical treatment.

9.

Despite Plaintiffs' request, Defendant has arbitrarily, capriciously and without legal cause, failed and/or refused to investigate Plaintiffs' claim of entitlement to cure and to authorize pay for necessary medical treatment and maintenance payments of $25 per day.

10.

As a result of Defendants' negligence, willful, arbitrary, and capricious failure to investigate Plaintiff's cure claim, provide prescribed medical treatment for Plaintiff's injuries and pay maintenance benefits, Plaintiffs' physical and mental pain and suffering have been aggravated and intensified and their recovery has been prolonged, delayed, and impaired.

11.

By reason of the foregoing, Plaintiffs seek, and are entitled to recover from Defendant, all expenses associated with necessary reasonable medical care from September 9, 2009 until they reach maximum medical cure according to their treating physicians, and payment of maintenance at $25 per day during this same time period.

12.

By reason of the foregoing, Plaintiffs each are further entitled to recover compensatory damages for Defendant's refusal to honor their cure obligation in the amount of TWO HUNDRED FIFTY THOUSAND AND NO/100 ($250,000.00) DOLLARS, plus reasonable attorneys' fees payable to each Plaintiff in an amount to be set by this Court because Plaintiffs had to retain counsel to pursue this cause of action.

13.

Plaintiffs bring this second cause of action against the aforesaid Defendant pursuant to the Jones Act, 46 U.S.C. §30104, et seq.

14.

The Code of Federal Regulations Statutory requirements represent a minimum safety standard for seamen, and the Defendant breached these regulations pertaining to entering confined spaces, air-sampling, and the necessity of wearing respiratory protection and proper fit-testing.

15.

At all material times, Defendant knew that Plaintiffs, Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, were working with epoxy and with acid in a confined space, that Plaintiffs and co-workers were being exposed to hazardous respiratory toxins from exposure to epoxy, paint, dust, and acid-wash material substances, all at levels unsafe for human health, and knowingly, recklessly, and without proper precautions, displayed a conscious disregard for the rights, safety, and welfare of the men, including Plaintiffs, Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, and Plaintiffs claim punitive damages for this intentional and/or reckless tortious conduct.

16.

Defendant, violated 29 C.F.R. Section 1910.146, et seq., and the International Management Code, 33 C.F.R. Section 96.250 and 96.230 et seq., in failing to:

a. Provide Plaintiffs the proper respiratory protection;

b. Provide Plaintiffs a proper "fit-test" for the respirators used in the involved work assigned to Plaintiffs, Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, and their co-workers;

c. Provide testing of the potable water tank's air-quality when the work was underway;

d. Provide proper and necessary confined space manway/tank "lookout," air quality monitoring, medically suited "fit-testing," respirators and filters, warnings, instructions, and supervision, all in violation of the aforementioned statutes and the Safety Management Provisions of Dredge Operators, Inc.'s SMS manual;

e. Proper respiratory protection for applying an acid-wash to the tank, and proper personal protective gear;

f. The above statutory violations constitute negligence per se, gross negligence, and intentional reckless disregard for the rights, safety and welfare of Plaintiffs, Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, and their co-workers;

g. Defendant is engaged in a "cover up" by falsely and fraudulently claiming they are unaware of the use of an acid wash of the tank, and that is was ordered by an

officer, including the Chief Engineer, and that is was known by other crew aboard the barge.

17.

As a result of the negligence and fault of the Defendant, Plaintiffs, Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, sustained a part loss of wages and benefits in excess of $100,000.00 for each Plaintiff, and a future loss of earnings, earning capacity, and loss of benefits in excess of $1,000,000.00 for each Plaintiff, further, each Plaintiff was caused to sustain pain, suffering, mental anguish, loss of physical function of both lungs, loss of cerebration, loss of memory, stress, and loss of enjoyment of life, for which each Plaintiff seeks damages in excess of $2,500,000.00.

18.

In addition, Plaintiffs, Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, have been caused to suffer permanent damage to their lungs in the form of chemical pneumonitis, RADS, and fibrosis, with symptoms of coughing, and painful breathing, fear of dying, and an inability to enjoy life in work and in rest.

19.

Plaintiffs, Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, have been caused to sustain a shortened life expectancy and fear of cancer, as well as dying from lung fibrosis.

20.

Plaintiffs, Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, hereby request a trial by jury on all issues raised herein.

WHEREFORE, Plaintiffs, Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez, and Adelsio Trinidad Valencia Gamboa, pray for judgment in their favor and against Defendant, Dredge Operators, Inc., for past and future maintenance and cure, and compensatory damages in the amount of THREE MILLION, EIGHT HUNDRED FIFTY THOUSAND AND/NO ($3,850,000.00) DOLLARS payable to each Plaintiff, and punitive damages of at least five times that amount payable to each Plaintiff, together with pre-judgment and post-judgment interest as allowed; general and equitable relief, costs of suit; plus reasonable attorneys' fees, and for all taxable costs and for such other and further relief as the Court deems just and proper, and for TRIAL BY JURY.

Respectfully submitted,

_____
S. REED MORGAN, ESQ.
Federal ID No. 6080
LA Bar No. 09714
Law Office of S. Reed Morgan, P.C.
Texas State Bar No. 14452300
P.O. Box 38
Comfort, Texas  78013
(830) 995-2464
(830) 995-2728        Facsimile
rmtrialfirm@gmail.com

OF COUNSEL
Matthew D. Shaffer, Esq.
Texas State Bar No. 18085600
Schechter, McElwee, Shaffer & Harris, L.L.P.
3200 Travis, 3rd Floor
Houston, Texas 77006
(713) 524-3500
(713) 751-0412 Facsimile
mshaffer@smslegal.com


**CERTIFICATE OF SERVICE**
I hereby certify that on this 2 day of August, 2012, a true and correct copy of the above listed document was mailed by U.S. Mail to :

**DREDGE OPERATORS, INC.**
Through their registered agent
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808



By:  s/S. REED MORGAN
      S. REED MORGAN