UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREY ALFONSO BAILEY STEPHENSON, EDILBERTO ORTEGA RODRIGUEZ, AND ADELSIO TRINIDAD VALENCIA GAMBOA | CIVIL ACTION NO. 12-01998 SECTION "C" HON. GINGER BERRIGAN |
| versus | |
| DREDGE OPERATORS, INC. | DIVISION (1) MAG. SALLY SHUSHAN |

ORDER OF DISMISSAL

Dredge Operators, Inc.'s Motion to Dismiss pursuant to the doctrine of *forum non conveniens* was submitted for consideration on the briefs on November 16, 2012. After considering the record, the memoranda of counsel and the law, the Court rules as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, for the reasons set forth in the Court's Order and Reasons dated April 10, 2013, Rec. Doc. 31, the Court hereby dismisses with prejudice the claims of Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez and Adelsio Trinidad Valencia Gamboa against Dredge Operators, Inc., but without prejudice to plaintiffs' right to file their claims in Panama.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, for the reasons set forth in the Court's Order and Reasons dated April 10, 2013, Rec. Doc. 31, the Court finds that any and all claims asserted by Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez and Adelsio Trinidad Valencia Gamboa against Dredge Operators, Inc. are governed by the Law of Panama. The Court further finds that the Law of the United States of America, including the Jones Act and Federal Maritime Law, is inapplicable to plaintiffs' claims against Dredge Operators, Inc., and this decision was rendered by the Court after review of the merits.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that for purposes of the claims alleged by Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez and Adelsio Trinidad Valencia Gamboa arising out of an alleged September 9, 2009 incident, Dredge Operators, Inc. agrees to waive service of process from a Panamanian Court and will submit to jurisdiction in such Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that for purposes of the claims alleged by Andrey Alfonso Bailey Stephenson, Edilberto Ortega Rodriguez and Adelsio Trinidad Valencia Gamboa arising out of an alleged September 9, 2009 incident, Dredge Operators, Inc. agrees to waive any defenses based on statute of limitations and/or prescription in a Panamanian Court.

New Orleans, Louisiana, this 26th day of April, 2013.

_____
Judge Helen G. Berrigan

Agreed as to form:

By: _____
Patrick J. McShane, T.A. #19055
Danica C. Benbow #27376
Kathleen P. Rice #31291
1100 Poydras Street, Ste. 3700
New Orleans, LA 70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
Attorneys for Dredge Operators, Inc.

By: _____
Reed Morgan # 09714
Attorney at Law
413 Eighth Street
Comfort, Texas 78013
(830) 995-2464
**Attorney for Plaintiffs**