

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 23 2013
WILLIAM W. BLEVINS
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 13-30604

CV 12-1998-C

ANDREY ALFONSO BAILEY STEPHENSON; EDILBERTO ORTEGA RODRIGUEZ; ADELSIO TRINIDAD VALENCIA GAMBOA,

Plaintiffs - Appellants

v.

DREDGE OPERATORS, INCORPORATED,

Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of July 23, 2013, for want of prosecution. The appellant failed to timely file brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

JUL 2 3 2013

By: _____
Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 23, 2013

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 13-30604,   Andrey Stephenson, et al v. Dredge Operators, Incorporated  
        USDC No. 2:12-CV-1998

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Shawn D. Henderson, Deputy Clerk  
504-310-7668

cc w/encl:  
    Ms. Danica Colleen Benbow  
    Mr. Patrick J. McShane  
    Mr. Stephen Reed Morgan  
    Ms. Kathleen Pontier Rice  
    Mr. Matthew Douglas Shaffer